IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELVIN HOGAN, JR.,

    Petitioner,

v.                              CASE NO. 3:12-cv-84-MW/EMT

ALAN PIPPIN,

    Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.36, filed April 3, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus is **DENIED**. The certificate of appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on April 19, 2013.

                                                s/Mark E. Walker  
                                                United States District Judge